# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| LESLIE W. FONTENOT | CIVIL ACTION NO. 2:23-CV-00353 |
| v. | JUDGE JAMES D. CAIN, JR. |
| THE CITY OF JENNINGS | MAGISTRATE JUDGE LEBLANC |

## ORDER

Considering the foregoing Joint Motion to Dismiss;

**IT IS ORDERED, ADJUDGED AND DECREED** that the action brought by the plaintiff, LESLIE W. FONTENOT, against the defendant, THE CITY OF JENNINGS, is hereby dismissed, in its entirety, with full prejudice, and with each party to pay its own court costs.

**THUS DONE AND SIGNED** in Chambers this **20**th day of November, **2024.**

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE